UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                  :        24cv1390(DLC)
TUNG LE, Individually and on Behalf of :
All Others Similarly Situated,       :        ORDER
                                    :
                     Plaintiff,   :
               -v-                 :
                                    :
MOBILEYE GLOBAL INC., et al.,      :
                                    :
                     Defendants.   :
                                    :
------------------------------------- X

DENISE COTE, District Judge:

      On January 16, 2024, plaintiff John McAuliffe filed a class

action lawsuit (McAuliffe v. Mobileye Global Inc., et al.

(24cv310) ("McAuliffe Action")) on behalf of all persons who

purchased or otherwise acquired Mobileye securities between

January 26, 2023 and January 3, 2024.  The complaint in the

McAuliffe Action alleges violations of §§ 10(b) and 20(a) of the

Securities Exchange Act of 1934 ("1934 Act").

      On February 22, 2024, counsel for McAuliffe filed a letter

indicating that defendants are foreign parties, such that

service of process must comply with the Hague Convention.  The

February 22, 2024 letter also indicated that service is

anticipated to require a minimum of sixteen weeks, with an

average time frame of six to eight months.  An Order of February

27 required McAuliffe to file a status letter regarding service

of process by June 28, 2024 (24cv310 ECF. No 7 ("McAuliffe Scheduling Order")).

On February 23, plaintiff Tung Le filed a similar class action lawsuit (Le v. Mobileye Global Inc., et al. (24cv1390) ("Le Action"). The Le Action was accepted as related to the McAuliffe Action on February 27. An Order of March 15 provided that plaintiff Le is bound by the McAuliffe Scheduling Order (24cv1390 ECF No. 10).

On April 12, plaintiff Patrick Ayers filed a stockholder derivative action involving similar factual allegations against many of the defendants to the McAuliffe and Le Actions (Ayers v. Shashua et al., 24cv2791 ("Derivative Action')). On April 15, the Derivative Action was accepted as related to the McAuliffe Action (24cv2791 ECF No. 5). All defendants in the Derivative Action have since executed waivers of service, and an initial conference has been scheduled for July 12.

Accordingly, it is hereby

ORDERED that the plaintiffs in the McAuliffe and Le Actions shall submit status letters regarding service of process by May 17, 2024.

Dated:    New York, New York
          May 13, 2024

                                    DENISE COTE
                          United States District Judge

2