```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
TUNG LE, Individually and on Behalf of   :    24cv1390(DLC)
All Others Similarly Situated,           :
                                         :       ORDER
                    Plaintiff,           :
          -v-                            :
                                         :
MOBILEYE GLOBAL INC., et al.,            :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On January 16, 2024, plaintiff John McAuliffe filed a class action lawsuit (McAuliffe v. Mobileye Global Inc., et al. (24cv310) ("McAuliffe Action")) on behalf of all persons who purchased or otherwise acquired Mobileye securities between January 26, 2023 and January 3, 2024. The complaint in the McAuliffe Action alleges violations of §§ 10(b) and 20(a) of the Securities Exchange Act of 1934 ("1934 Act").

On February 23, plaintiff Tung Le filed a similar class action lawsuit (Le v. Mobileye Global Inc., et al. (24cv1390) ("Le Action")). The Le Action was accepted as related to the McAuliffe Action on February 27.

On April 12, plaintiff Patrick Ayers filed a stockholder derivative action involving similar factual allegations against many of the defendants to the McAuliffe and Le Actions (Ayers v. Shashua et al., 24cv2791 ("Derivative Action')). On April 15,

the Derivative Action was accepted as related to the McAuliffe Action (24cv2791 ECF No. 5). An Initial Pretrial Conference in the Derivative Action is set for July 12 at 3:00 p.m.

Members of the purported class in the McAuliffe and Le Actions had until March 18, 2024 to move the Court to serve as lead plaintiffs. Four plaintiffs moved to serve as lead plaintiffs; however, three have either withdrawn their motion or filed a subsequent notice of non-opposition to competing lead plaintiff motions. Thus, the motion of the Retirement Plan for Chicago Transit Authority Employees for appointment as lead plaintiff is unopposed. On May 20, defendants in the McAuliffe and Le Actions filed letters indicating they had accepted service of the complaints in those actions on May 17. Accordingly, it is hereby

ORDERED that a conference shall be held at 3:00 p.m. on July 12, 2024 in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation, and to set an initial schedule for the litigation.

IT IS FURTHER ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by June 7, 2024.

IT IS FURTHER ORDERED that the named plaintiff shall promptly serve a copy of this Order on each of the defendants.

SO ORDERED:

Dated:    New York, New York
         May 21, 2024

```
                              _____
                                    DENISE COTE
                              United States District Judge
```